UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN DENISE CHRISTOPHER,<br><br>        Plaintiff,<br><br>   v.<br><br>AURORA LOAN SERVICES,<br>LLC, et al.,<br><br>        Defendants. | Case No. EDCV 09-1378-VAP (CWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant Aurora Loan Services, LLC.  The Court orders that such judgment be entered.

Dated: August 18, 2009

                             VIRGINIA A. PHILLIPS
                         United States District Judge