JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN DENISE CHRISTOPHER, an individual,<br><br>       Plaintiff,<br><br>   v.<br><br>AURORA LOAN SERVICES, LLC, et al.,<br><br>       Defendants. | Case No. EDCV 09-1378-VAP (CWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 2, 2009

                                                VIRGINIA A. PHILLIPS
                                         United States District Judge